UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM

TO:     AUSAs Hans Miller, Mythili Raman, Steven Dunne

FROM:   Judge Peter J. Messitte

RE:     *United States v. Tennyson W. Harris*  
        No. PJM-00-cr-253

DATE:   July __9__, 2024

* * *

The Court has received Defendant Tennyson Harris's Motion for Compassionate Release and Sentence Reduction, ECF No. 413, self-filed on March 11, 2024. The Office of the Federal Public Defender has declined to file a supplement to the *pro se* motion. *See* ECF No. 415.

The Government **SHALL RESPOND** to the Motion for Compassionate Release within 40 days of the date of this order.

Despite the informal nature of this ruling, it shall constitute an order of the Court, and the Clerk is directed to docket it accordingly.

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

cc:     Court File